

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

_____

*ROBERT FRAZER*
*UNITED STATES ATTORNEY*

*Margaret Ann Mahoney*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*       *main:  (973) 645-2700*
*Newark, NJ 07102*                  *direct: (973) 645-2761*
*Margaret.ann.mahoney@usdoj.gov*

August 8, 2026

**Via Electronic Filing**
Hon. Madeline C. Arleo, U.S.D.J.
Martin Luther King, Jr. Federal Building & Court House
50 Walnut Street
Newark, New Jersey 08101

      Re:   *Ruiz Estrada v. Soto, et al.,* **No. 26-9044 (MCA)**
               **Update Regarding Release**

Dear Judge Arleo:

      This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of her detention by U.S. Immigration and Customs Enforcement ("ICE").  On August 7, 2026, this Court filed a Text Order, ECF No. 4, ordering Respondents to release Petitioner within 24 hours if Petitioner does not have a criminal history or a Final Order of Removal. We respectfully submit this letter to inform the Court that ICE informed this Office that on August 7, 2026, at approximately 4:30 pm, Petitioner was released from ICE detention under the same conditions that existed prior to his detention. ICE further advised this Office that, to the best of its knowledge, Petitioner's property has been returned to Petitioner. ICE will verify whether any property remains outstanding and, if so, will make arrangements to locate and release it to Petitioner.

      We thank the Court for its attention to this matter.

                Respectfully submitted,

                ROBERT FRAZER
                United States Attorney

      By:   */s/ Margaret Ann Mahoney*
           MARGARET ANN MAHONEY
           Assistant United States Attorney
           *Attorneys for Respondent*

Case shall be closed.

SO ORDERED

cc:     Counsel of record (via ECF)

_____*s/Madeline Cox Arleo*_____
MADELINE COX ARLEO, U.S.D.J.


Date:  8/12/26

2